ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 13 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. |
| TERRY DALE WEBB (01) | 4-22CR-114-Y |

INDICTMENT

The Grand Jury Charges:

Count One
Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about July 31, 2021, in the Fort Worth Division of the Northern District of Texas, the defendant, **Terry Dale Webb**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Taurus, PT 92AF, 9mm caliber pistol bearing serial number TPD78725.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## Count Two
### Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1))

On or about July 31, 2021, in the Fort Worth Division of the Northern District of Texas, defendant **Terry Dale Webb**, did knowingly or intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offenses alleged in Count Ones or two of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Terry Dale Webb**, shall forfeit to the United States of America any firearm, magazine(s), and ammunition involved or used in the commission of the offense, including the firearm(s) referenced below. This property includes, but is not limited to, the following: a Taurus, PT 92AF, 9mm caliber pistol bearing serial number TPD78725.

A TRUE BILL.

_____
FOREPERSON

CHAD MEACHAM
UNITED STATES ATTORNEY

_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: philip.meitl@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

TERRY DALE WEBB (01)

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Possession of a Firearm by a Convicted Felon
Count 1

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance
Count 2

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
FORFEITURE

A true bill rendered

_____
FORT WORTH                                                                          FOREPERSON

Filed in open court this 13th day of April, 2022.

**Warrant to Issue – In State Custody**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:   4:22-MJ-172-BP